**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Peter Ninete Lizama** | Case No. |
| **Jerrilyn Duenas Lizama** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

---

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

---

**Plan Summary**

A. The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$209,503.00**_____.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **58%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is _____**$0.00**_____.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Peter Ninete Lizama**     Case No.
**Jerrilyn Duenas Lizama**
Debtor(s)     Chapter 13 Proceeding

☐ **AMENDED**   ☐ **MODIFIED**
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

## IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Toyota Motor Credit 2010 Toyota Sequoia | $43,727.00 | $37,000.00 | Pro-Rata | 5.25% | $39,967.92 | |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Peter Ninete Lizama**  
**Jerrilyn Duenas Lizama**  
Debtor(s)

Case No.

Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____**April 2, 2014**_____ ."

/s/ Peter Ninete Lizama  
Debtor

/s/ Jerrilyn Duenas Lizama  
Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Nationstar Mortgage LLC 7008 Golden Oak Lane, Killeen, TX 76542 | | $244,345.00 | $1,771.80 |
| Sallie Mae | | $9,462.00 | $146.00 |
| Snap-On Credit Tools | | $2,901.00 | $107.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Peter Ninete Lizama**　　　　　　　　　　　　　　　　　　Case No.
　　　　**Jerrilyn Duenas Lizama**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

| Chase Manhattan Mortgage | 6100 Melanie Dr. Killeen, TX 76542 |
|---|---|

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Davis Law Firm | $2,900.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $827.31 | Along With | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Nationstar Mortgage LLC 7008 Golden Oak Lane, Killeen, TX 76542 | $4,543.80 | $4,543.80 | Pro-Rata | 0% | $4,543.80 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Peter Ninete Lizama**  Case No.
**Jerrilyn Duenas Lizama**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

---

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Freedom Road Financial 2011 Storm | $7,039.00 | $6,800.00 | Pro-Rata | 5.25% | $7,603.62 | Pay claim amount |
| Hsbc Kawasaki Kawasaki Jet Ski | $3,917.00 | $4,000.00 | Pro-Rata | 5.25% | $4,231.21 | |
| Toyota Motor Credit 2010 Toyota Tundra | $43,913.00 | $38,487.50 | Pro-Rata | 5.25% | $47,435.40 | Pay claim amount |
| Toyota Motor Credit 2010 Toyota Sequoia | $43,727.00 | $37,000.00 | Pro-Rata | 5.25% | $39,967.92 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**58%**___ of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | $2,900.00 |
| Priority Claims | $827.31 |
| Arrearage Claims | $4,543.80 |
| Cure Claims | $0.00 |
| Secured Claims | $91,869.00 |
| Unsecured Claims | $139,422.20 |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:
**None**

Form 11/7/05  *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Peter Ninete Lizama** | Case No. |
| **Jerrilyn Duenas Lizama** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

Respectfully submitted this date:   **4/2/2014**                              .

/s/ Evan Simpson
Evan Simpson
3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
Phone: (254) 399-9977 / Fax: (254) 399-9909
(Attorney for Debtor)

/s/ Peter Ninete Lizama
Peter Ninete Lizama
7008 Golden Oak Lane
Killeen, TX 76542
(Debtor)

/s/ Jerrilyn Duenas Lizama
Jerrilyn Duenas Lizama
7008 Golden Oak Lane
Killeen, TX 76542
(Joint Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Peter Ninete Lizama** CASE NO
**Jerrilyn Duenas Lizama**
*Debtor(s)* CHAPTER **13**

# EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $3,440.00 | 21 | $3,440.00 | 41 | $3,547.00 |
| 2 | $3,440.00 | 22 | $3,440.00 | 42 | $3,547.00 |
| 3 | $3,440.00 | 23 | $3,440.00 | 43 | $3,547.00 |
| 4 | $3,440.00 | 24 | $3,440.00 | 44 | $3,547.00 |
| 5 | $3,440.00 | 25 | $3,440.00 | 45 | $3,547.00 |
| 6 | $3,440.00 | 26 | $3,440.00 | 46 | $3,547.00 |
| 7 | $3,440.00 | 27 | $3,440.00 | 47 | $3,547.00 |
| 8 | $3,440.00 | 28 | $3,440.00 | 48 | $3,547.00 |
| 9 | $3,440.00 | 29 | $3,440.00 | 49 | $3,547.00 |
| 10 | $3,440.00 | 30 | $3,440.00 | 50 | $3,547.00 |
| 11 | $3,440.00 | 31 | $3,440.00 | 51 | $3,547.00 |
| 12 | $3,440.00 | 32 | $3,547.00 | 52 | $3,547.00 |
| 13 | $3,440.00 | 33 | $3,547.00 | 53 | $3,547.00 |
| 14 | $3,440.00 | 34 | $3,547.00 | 54 | $3,547.00 |
| 15 | $3,440.00 | 35 | $3,547.00 | 55 | $3,547.00 |
| 16 | $3,440.00 | 36 | $3,547.00 | 56 | $3,547.00 |
| 17 | $3,440.00 | 37 | $3,547.00 | 57 | $3,547.00 |
| 18 | $3,440.00 | 38 | $3,547.00 | 58 | $3,547.00 |
| 19 | $3,440.00 | 39 | $3,547.00 | 59 | $3,547.00 |
| 20 | $3,440.00 | 40 | $3,547.00 | 60 | $3,547.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Peter Ninete Lizama**     CASE NO.
*Debtor*

**Jerrilyn Duenas Lizama**     CHAPTER    **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 2, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Evan Simpson
Evan Simpson
Bar ID:24060612
Davis Law Firm
3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
(254) 399-9977

---

AABS Dental
360 W. Central Texas Expy
Harker Heights, TX 76548

Bank Of America
xxxxxxxxxx9394
P.O. Box 982236
El Paso, TX 79998

CBE Group
xxxxx2070
PO BOX 2594
Waterloo, IA 50704

AAFES/MIL STAR/EXCHANGE
c/o Creditors BK Service
PO Box 740933
Dallas, TX 75374

Best Buy
xxxxxxxxxxxx6400
PO BOX 30253
Salt Lake City, UT 84130

Centroplex
xxxxxxxxxxxxxx0004
PO Box 145
Killeen, TX 76540

Asset Recovery Solution, LLC
2200 E Devon Ave. Ste 200
Des Plaines, IL 60018

Capital One, N.a.
xxxx-xxxx-xxxx-7959
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130

Chase Manhattan Mortgage
xxxxxxxxx6047
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219

Bank Of America
xxxx-xxxx-xxxx-4610
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Cb Med Col
xxxxxxxxxxxxx0111
304 E. Church Rd
Killeen, TX 76541

Fed Loan Serv
xxxious
Po Box 69184
Harrisburg, PA 17106

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Peter Ninete Lizama**　　　　　　　　　　　CASE NO.
　　　　　　　*Debtor*

　　　　　**Jerrilyn Duenas Lizama**　　　　　　　　CHAPTER　13
　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Ford Motor Credit<br>xxxx5390<br>P.O. Box 152271<br>Irving, TX 75015 | Midland Funding<br>xxxxxx1789<br>8875 Aero Dr. Suite 200<br>San Diego, CA 92123 | Peter Ninete Lizama<br>7008 Golden Oak Lane<br>Killeen, TX 76542 |
| Freedom Road Financial<br>xxxxxxxxxx0372<br>10605 Double R Blvd Ste<br>Reno, NV 89521 | Military Star/AAFES<br>xxxxxxxxxxxx4722<br>AAFES<br>PO Box 650060<br>Dallas, TX 75265 | Portfolio Recovery Associates, LLC<br>xxxx-xxxx-xxxx-7289<br>PO Box 41067<br>Norfolk, VA 23541 |
| Ft. Hood National Bank<br>PO BOX 5000<br>Ft. Hood, TX 76544 | Mrs Bpo Llc<br>xxxxxxxxxxxx6385<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 | Portfolio Recovery Associates, LLC<br>xxxxxxxxxxxx6184<br>PO Box 41067<br>Norfolk, VA 23541 |
| Hsbc Kawasaki<br>xxxxxxxxxxxx6612<br>Attention: Bankruptcy<br>PO Box 5216<br>Carol Stream, IL 60197 | Nationstar Mortgage LLC<br>xxxxx1923<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | Ray Hendren<br>3410 Far West Blvd. #200<br>Austin, TX 78731 |
| Internal Revenue Service<br>300 E 8th St.<br>STOP 5026AUS<br>Austin TX 78701-3233 | Nationstar Mortgage LLC<br>xxxxx1923<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | Sallie Mae<br>xxxxxxxxxxxx9048<br>Po Box 9655<br>Wilkes Barre, PA 18773 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Onemain Fi<br>xxxxxxxxxxxx6232<br>6801 Colwell Blvd<br>Irving, TX 75039 | Scott & White<br>PO Box 847500<br>Dallas, TX 75284 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Peter Ninete Lizama** CASE NO.
*Debtor*

**Jerrilyn Duenas Lizama** CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

| | | |
|---|---|---|
| Smile Dental<br>7615 Tank Battalion Bldg 330<br>Fort Hood, TX 76544 | Txu Electric/TXU Energy<br>xxxxxxxxxxxx4449<br>Attention: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265 | Webbbank/Fingerhut<br>xxxxxxxxxxxx5778<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 |
| Snap-On Credit<br>xxxxx9171<br>950 Technology Way Suite 301<br>Libertyville, IL 60048 | University of Phoenix<br>xxxxxx5717<br>3157 E. Elwood St<br>Phoenix, AZ 85034 | Webbbank/Fingerhut<br>xxxxxxxxxxxx0709<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 |
| The Band Room<br>212 W. Veterans Memorial<br>Harker Heights, TX 76548 | Usaa Savings Bank<br>xxxx2464<br>Po Box 47504<br>San Antonio, TX 78265 | Wf Fin Bank<br>xxxx-xxxx-xxxx-9940<br>Attention: Bankruptcy<br>PO Box 10438<br>Des Moines, IA 50306 |
| The Band Room<br>212 W. Veterans Memorial<br>Harker Heights, TX 76548 | Usaa Savings Bank<br>xxxx-xxxx-xxxx-1145<br>Po Box 33009<br>San Antonio, TX 78265 | |
| Toyota Motor Credit<br>xxxxxxxxxxxx0001<br>Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408 | Usaa Savings Bank<br>xxxx-xxxx-xxxx-6524<br>Po Box 33009<br>San Antonio, TX 78265 | |
| Toyota Motor Credit<br>xxxxxxxxxxxx0001<br>Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408 | Van Ru Credit Corp<br>PO BOX 1612<br>Des Plaines, IL 60017 | |