The relief described hereinbelow is SO ORDERED.

Signed June 18, 2014.



_____
Ronald B. King
United States Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In Re:                                                                                                              Chapter 13
PETER NINETE LIZAMA
JERRILYN DUENAS LIZAMA

Debtor(s)                                                                                                    Case No. 14-60299-RBK

### ORDER CONFIRMING THE DEBTORS' PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan or amended plan, filed on April 02, 2014 and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.
Accordingly, it is ORDERED that

(1) The Chapter 13 Plan is confirmed;

(2) Unless otherwise provided below or by other Court order, property of the estate shall revest in Debtor until the earlier of discharge of Debtor or dismissal of the case; and

(3) Notwithstanding any provisions of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) Miscellaneous Provisions (if Applicable)

The debtors agreed at the Confirmation hearing that the class of unsecured creditors is to receive $350/mo beginning with the Trustee's disbursement in September 2014. The debtor(s) agree to modify the plan after the bar date if necessary should the plan not pay 100% or to the unsecured pool amount, whichever is less. Should the debtor(s) fail to modify the plan, the Trustee shall be authorized to submit a Motion to Modify the Confirmed Plan on their behalf. The Form 22c pool amount is $110,226.60.

Debtor shall submit duplicate copies of executed annual tax returns to the Chapter 13 Trustee within (30) days of filing with the Internal Revenue Service annually until the plan is completed. The Trustee reserves the right to review and pursue increases in disposable income.

The Clerk is directed to serve a copy of this order upon the Debtor, counsel for the Debtor, the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

Confirmation Recommended by

_____

Ray Hendren Ch13 Trustee

###